TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00316-CR

The State of Texas, Appellant

v.

Sally Hampton, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY

NO. 51,764, HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING

PER CURIAM

The State's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Powers, Aboussie and Kidd

Dismissed on State's Motion

Filed: November 13, 1998

Do Not Publish